IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:18-cr-317-DPM-1

STEPHANIE SHANTA HEARD            DEFENDANT

### ORDER

Heard pleaded guilty to conspiracy to possess with intent to distribute methamphetamine. She stipulated in her plea agreement that she should receive a two-point enhancement at sentencing for being a leader in the conspiracy. *Doc. 95 at 4*. She now says she doesn't qualify under the First Step Act for credits that would reduce her sentence because the Court found she was a leader. She asks the Court to remove that finding or otherwise reduce her sentence because of the good work she's done in prison.

Congress decided to exclude leaders of methamphetamine conspiracies from receiving time credits under the First Step Act. 18 U.S.C. § 3632(d)(4)(D)(lxvii). That decision was Congress's to make, not this Court's. Heard's motion, *Doc. 246*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 December 2022